IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JON LANGLINAIS,

    Plaintiff,

v.                                                                 No.: 22-cv-0403 KRS/SMV

LESLIE A. MERRITT,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
and SHAMROCK FOODS COMPANY,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     June 30, 2022, at 3:30 p.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **June 30, 2022, at 3:30 p.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**