IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JON LANGLINAIS,

        Plaintiff,

v.                                                                                                     No. 22-cv-0403 KRS/SMV

LESLIE A. MERRITT,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
And SHAMROCK FOODS COMPANY,

        Defendants.

## STIPULATED AMENDED ORDER OF REMAND

THIS MATTER having come before the Court on the Stipulated Amended Motion to Remand, (Doc. 10), the Court being fully advised in the premises, hereby FINDS that the motion is well-taken and shall be GRANTED.

IT IS HEREBY ORDERED that the above-captioned action be hereby remanded to the Thirteenth Judicial District Court in the State of New Mexico for further proceeding;

It is further ORDERED that the parties to this action shall bear their own costs and fees for the removal of this action and the stipulated remand.

IT IS SO ORDERED.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STAGES MAGISTRATE JUDGE

APPROVED:

_____
Ian Bertschausen
*Attorney for Plaintiff*

Approved via Email 7/1/2022
James P. Sullivan
*Attorney for Defendants*